JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA LARA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, Inclusive,<br><br>    Defendants. | Case No. 8:22−cv−01744 JVS (DFMx)<br><br>**ORDER OF DISMISSAL [13]** |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

The parties further agreed that the Court shall retain jurisdiction for the purposes of enforcing the terms of the parties' Settlement Agreement.

Dated: July 28, 2023

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.
3. I served copies of the following documents (specify the exact title of each document served):

**ORDER OF DISMISSAL**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Elie I. Aghabi, Esq.<br>AGHABI LAW, APC<br>A Professional Law Corporation<br>3450 Wilshire Boulevard, Suite 304<br>Los Angeles, CA  90010<br>(323) 539-8529 Phone<br>(323)879-4813 Fax<br>elie@aghabilaw.com | Attorneys for Plaintiff,<br>ROSA LARA |
| Bradley S. Wallace, Esq.<br>Gissela Arrincon-Tepeli, Esq.<br>The Wallace Firm, PC<br>16000 Ventura Blvd., Suite 440<br>Encino, CA 91436<br>(818) 476-5998 Phone<br>(818) 476-5598 Fax<br>gissela@wallacefirm.email<br>bertha@wallacefirm.email | Attorneys for Plaintiff<br>ROSA LARA |

5. a. ___ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ___ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one)*:

(1) ▢ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

(2) ▢ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ▢ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ▢ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

e. **X** **By e-mail or electronic transmission.** By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to California Code of Civil Procedure Section 1010.6. I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date)*: See Below

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 7/24/23 | Candice VanDeudekom | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32976\Pleadings\FEDERAL\Order of Dismissal.docx